# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 14 2026

KEVIN P. WEIMER , Clerk

By: s/ Theresa Bass

**Deputy Clerk**

UNITED STATES OF AMERICA

v.

Asiana Monique Mayes

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-0577

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about May 11 and May 14, 2026 in DeKalb County, in the Northern District of Georgia, defendant(s) did, make interstate communications of threats to injure the person of another

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_Joshua Floyd_

Signature of Complainant

Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

May 14, 2026

Date

at  Atlanta, Georgia

City and State

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

AUSA Matthew S. Carrico / Enter USAO/LIONS No. /

matthew.carrico@usdoj.gov

Signature of Judicial Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: May 14 2026

KEVIN P. WEIMER, Clerk

By: s/ Theresa Bass

**Deputy Clerk**

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia.  I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations.  My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques.  I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2.      This affidavit is made in support of a criminal complaint, authorizing the arrest of ASIANA MONIQUE MAYES, for violation of Title 18, United States Code, Section 875(c) (interstate communications of threats to injure the person of another).

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      The Federal Bureau of Investigation (the "Agency") is conducting a criminal investigation involving ASIANA MONIQUE MAYES for possible violations of federal criminal law, specifically violations of 18 U.S.C. § 875(c).

5.      Beginning on or around May 11, 2026, an individual who identified herself as MAYES (SUBJECT) called Truist Customer Service and threatened violence to Truist Bank branch employees.

6.      On May 11, 2026, MAYES contacted Truist Care Center (Customer Service) to inquire about the status of a check deposit made into MAYES' account at Truist. MAYES used phone number 404-396-0675 to call into the Truist Care Center. MAYES.  MAYES verified her Truist account information while on the phone. MAYES was advised that the checks in question were determined to be fraudulent. MAYES then made threatening comments, stating she was on her way to the South Dekalb Branch located at 2727 Candler Road, Decatur GA. MAYES stated that she and her brother would go to the branch with ski masks and a gun loaded with a hundred rounds of ammunition to shoot every Truist representative in the head. Before ending the call, MAYES stated that her phone battery was at two percent (2%), but to keep watching the news because the shooting would be the customer service representative's fault. The incident was reported to DeKalb County Police and officers responded to the branch. 7.      DeKalb County Officers went out to MAYES residence but were unable to make contact. MAYES later called back into customer service and stated she had gone to the branch and saw

the police cars. MAYES stated she would go to other branches and shoot two people in the head at each branch until her funds were released or until she was caught. In response, Truist placed security officers at all nearby branches and had them alter business operations.

8.      On May 14, 2026, MAYES called into customer service again and claimed she had just gotten out of jail and wanted an update on her account. She told the service rep that she was on her way to the South DeKalb branch, had a gun and was going to kill employees at the branch until she got her funds. All branches in the area have a security officer assigned and altered business operations in response to the latest threat. Based on physical appearance, a female who appearance was consistent with that of MAYES arrived at the South DeKalb branch after the threat was made. This person was denied entry due to the heightened security. This interaction was caught on surveillance cameras.

9.      The Truist Customer Service centers MAYES called are located in the following areas: first call on May 11, 2026 is located in Arlington, TX; the second call on May 11 was located in Lumberton, NC; the call placed on May 14 was located in Orlando, FL. Based on cell phone records, at the time of the call, MAYES was in Georgia.

## CONCLUSION

10.      Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that MAYES has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another).